# Exhibit B

Screen Capture from Youtube video, Published on November 15, 2018, KBS News clip, Total of 7:57,

https://www.youtube.com/watch?v=NFMgWRxFudE

1:15



'CEO **YOON**'s son, Mr. Yoon, monthly expenditures'

1:19



1:53



'New Jersey, USA'

1:59



*Informer (voice distorted)*

"His grades wouldn't improve despite his continued education overseas in the U.S. But (the CEO) kept saying that type of son needed to be accepted to Harvard…"

2:01



*Informer (voice distorted)*

"His grades wouldn't improve despite his continued education overseas in the U.S. But (the CEO) kept saying that type of son needed to be accepted to Harvard…"

2:04



*Informer (voice distorted)*

"His grades wouldn't improve despite his continued education overseas in the U.S. But (the CEO) kept saying that type of son needed to be accepted to Harvard…"

2:08



2:10



2:32



*Informer (voice distorted)*

"The house all the way on the left. The master bedroom was always empty and reserved for (voice distorted) and the CEO."

2:37



2:40



2:46



3:36



***Informer (voice distorted)***

"It's illegal and immoral. I was aware of this, but I had to choose this path because I had to survive as well.

4:20



***Male voice***

"You don't sponsor F-1 visas, the student visas?"
…………………………………………

***Harvard School Staff***

"No. Not during the academic year"

4:30



Mr. Yoon's visa

4:33



4:37



5:46



5:50



*Male Voice*
"Do you think you can tell us when he came to the store?"
…………………………………….

*Employee (voice distorted)*
"I'm not sure. I haven't seen him. I'm not sure who he is…"
…………………………………….

*Male Voice*
"You don't know Yoon (voice distorted)?"
…………………………………….

*Employee (voice distorted)*
"Yes. I've heard about him though…"

6:02



*Male Voice*
"Do you think you can tell us when he came to the store?"
…………………………………….

*Employee (voice distorted)*
"I'm not sure. I haven't seen him. I'm not sure who he is…"
…………………………………….

*Male Voice*
"You don't know Yoon (voice distorted)?"
…………………………………….

*Employee (voice distorted)*
"Yes. I've heard about him though…"

6:04



6:15



*Male voice*
"Hello. Is Yoon (voice distorted) there?"
……………………………………..

*Employee (Voice distorted)*
"He's not here."
……………………………………..

*Male voice*
"He doesn't work there?"
……………………………………..

*Employee (Voice distorted)*
"No, he doesn't."

6:18



6:24



6:25



*[ Phone call ]*

***CEO HongGeun YOON's Son (Voice distorted)***
"Hello"
……………………………………..

***Reporter***
"Is this Yoon (voice distorted)?"
……………………………………..

***CEO HongGeun YOON's Son (Voice distorted)'***
"Yes."

6:36



***Reporter***

We continued to visit the Boston branch, but we saw that you haven't been going into work.

6:40



***Reporter***

We continued to visit the Boston branch, but we saw that you haven't been going into work.
…………………………………….

***CEO HongGeun YOON's Son (Voice distorted)***

"I'm not going to work? This is ridiculous. I have been going to work."

6:44



***Reporter***

 "You're in Boston, right?"
…………………………………….

***CEO HongGeun YOON's Son (Voice distorted)***

"Yes, I'm in Boston."

6:51



*Reporter*

Why are you in Boston when you received a visa as an employee in New Jersey?"

……………………………………..

*CEO HongGeun YOON's Son (Voice distorted)*

"I will clearly explain this to you later."

Screen Capture from Youtube video, Published on November 16, 2018, KBS News clip, Total of 3:55

https://www.youtube.com/watch?v=plEBZCle8c0

0:24



0:26



0:40



0:52



***Informer (voice distorted)***

"There isn't any other [form of documentation]. We talked on the phone every day and there was no need for messages…"

1:02



1:10



1:17



***Informer (voice distorted)***

"The additional costs [and living expenses] were sent by the CEO or by the son…"

1:24



1:25



1:33



1:37



2:28



*Male Voice*

"You don't know Yoon (voice distorted)?"

……………………………………….

*Employee of U.S. branch (voice distorted)*

"I don't know who he is because I haven't seen him. I'm not sure exactly who…"

2:31



*Male Voice*

"You don't know Yoon (voice distorted)?"

……………………………………….

*Employee of U.S. branch (voice distorted)*

"I don't know who he is because I haven't seen him. I'm not sure exactly who…"

3:01



3:11

