# UNITED STATES DISTRICT COURT
### for the
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HYEWOONG YOON<br>*Plaintiff*<br><br>v.<br><br>KOREAN BROADCASTING SYSTEM<br>*Defendant* | Civil Action No.:<br>1:19−CV−10281−ADB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
KOREAN BROADCASTING SYSTEM
13 Yeouigongwon-Ro, Youngdeungpo-Gu
Seoul, 150-790, South Korea. Postal Code 07235

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph Perl, Law Office of Joseph Perl
203 Arlington St., Suite 2
Watertown, MA 02472

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ − Sherry Jones
*Signature of Clerk or Deputy Clerk*

**ISSUED ON** 2019−02−13 16:13:30.0, Clerk USDC DMA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-CV-10281-ADB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Korean Brodacasting System c/o Mr Woong Kyu Kim was received by me on *(date)* Mar 22, 2019, 4:20 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jaryen Seo , who is designated by law to accept service of process on behalf of *(name of organization)* Korean Brodacasting System c/o Mr Woong Kyu Kim on *(date)* Mon, Mar 25 2019 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 3/26/2019

_____
*Server's signature*

Christian Ingram
_____
*Printed name and title*

1133 13th Street NW, Suite C4, Washington, DC 20005
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Mar 25, 2019, 2:58 pm EDT at Korean Broadcasting System: 529 14th Street NW Suite #1055, Washington, DC 20045 received by Jaryen Seo. Age: 35; Ethnicity: Asian American; Gender: Female; Weight: 160; Height: 5'5"; Hair: Black; Eyes: Brown; Other: Office Manager;

Documents served:
Summons; Complaint; Exhibit A; Exhibit B