# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HYEWOONG YOO,<br><br>   Plaintiff,<br><br>v.<br><br>KOREAN BROADCASTING SYSTEM,<br><br>   Defendant. | Civil Action No. 1:19-cv-10281-ADB |

## NOTICE OF APPEARANCE OF DOUGLAS S. BROOKS

The undersigned respectfully gives notice of his appearance as counsel on behalf of Defendant Korean Broadcasting System in the above-captioned matter.

               Respectfully submitted,

               KOREAN BROADCASTING SYSTEM

               By: */s/ Douglas S. Brooks*
               Douglas S. Brooks (BBO No. 636697)
               LIBBYHOOPES, P.C.
               399 Boylston Street
               Boston, MA 02116
               Tel.: (617) 338-9300
               dbrooks@libbyhoopes.com

Dated: April 11, 2019

## **CERTIFICATE OF SERVICE**

   I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on April 11, 2019.

                */s/ Douglas S. Brooks*
                Douglas S. Brooks