# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HYEWOONG YOO,<br><br>    Plaintiff,<br><br>v.<br><br>KOREAN BROADCASTING SYSTEM,<br><br>    Defendant. | Civil Action No. 1:19-cv-10281-ADB |

## ASSENTED-TO MOTION TO EXTEND
## TIME TO FILE RESPONSE TO COMPLAINT

Defendant Korean Broadcasting System hereby respectfully moves the Court to extend the time for it to respond to the Complaint by 21 days, until May 6, 2019. Counsel for Plaintiff has assented to this Motion.

WHEREFORE, Defendant respectfully requests that the Court allow this Motion and extend the time for it to respond to the Complaint until May 6, 2019.

Respectfully submitted,

KOREAN BROADCASTING SYSTEM

By: */s/ Douglas S. Brooks*
Douglas S. Brooks (BBO No. 636697)
LIBBYHOOPES, P.C.
399 Boylston Street
Boston, MA 02116
Tel.: (617) 338-9300
dbrooks@libbyhoopes.com

Dated: April 11, 2019

## LOCAL RULE 7.1(a) CERTFICATE OF COMPLIANCE

I hereby certify that counsel for Defendants conferred with counsel for Plaintiff in a good-faith effort to resolve or narrow the issues raised by this Motion pursuant to Local Rule 7.1(a). Counsel for Plaintiff assents to this Motion.

*/s/ Douglas S. Brooks*
Douglas S. Brooks

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on April 11, 2019.

*/s/ Douglas S. Brooks*
Douglas S. Brooks