# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HYEWOONG YOON, )<br>    Plaintiff )<br>v. )<br>KOREAN BROADCASTING SYSTEM )<br>    Defendant ) | Civil Action No.: 1:19-CV-10281-ADB |

## PLAINTIFF'S STATUS REPORT

The Plaintiff, Hyewoong Yoon, is filing this status report to notify the Court that Plaintiff's counsel made an unintentional error the civil action cover sheet by leaving the "related cases" section blank. Although there are no other cases in this court with the same parties on both sides, Mr. Yoon has also filed cases with the same claims against Seyeon Lee and Juhyung Lee with docket numbers 1:19-cv-10278-PBS and 1:19-cv-10280-WGY respectively. Mr. Yoon has already agreed with Defendant's, Korean Broadcasting System's counsel, who is also representing the Mr. and Ms. Lee, to consolidate the three cases into one. Mr. Yoon has also filed a case against his former guardian, Hyunwook Joo, in this Court, docket number 1:19-cv-10351-MPK. That case, although many of the facts and claims are different then the other three cases, some of the facts overlap. If the Court and/or counsel for Mr. Joo or the other defendants wishes to consolidate that one as well, Counsel for Plaintiff will assent.


Respectfully Submitted,


/s/ Joseph Perl_____
Joseph Perl
Attorney for Plaintiff
B.B.O. 680509
203 Arlington St., Suite 2

Watertown, MA 02472
781-704-7047